IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LEROY HENDERSON, JR., #27007-177,   ) | |
|     Petitioner,   ) | |
| ) | |
| v.   ) | 3:06-CV-0797-P |
| ) | ECF |
| DAN JOSLIN, Warden,   ) | |
|     Respondent.   ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff/Petitioner filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge, DENIES Petitioner's motion to compel (Docket 3) as moot, and GRANTS his motion to take judicial notice (Docket # 21).

SO ORDERED this 22nd day of January 2007.


_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE